UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                         Bankr. Case No. 22-17423-CMG

Sean P. O'Neill and Lisa D. O'Neill                                                            Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                           Bankr. Case No. 22-17423-CMG

Sean P. O'Neill and Lisa D. O'Neill                                             Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 4, 2022 :

Steven J. Abelson                                                         Albert Russo
80 West Main Street                                                 CN 4853
PO Box 7005                                                            Trenton, NJ 08650
Freehold, NJ 07728

                                                                            By  /s/ Mandy Youngblood
                                                                                 Mandy Youngblood

xxxxx31349 / 1062097