Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17423−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean P. O'Neill | Lisa D. O'Neill |
| 343 Lighthouse Drive | 343 Lighthouse Drive |
| Manahawkin, NJ 08050 | Manahawkin, NJ 08050 |

Social Security No.:
xxx−xx−1424                                                   xxx−xx−4602

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 28, 2022.

Dated: December 28, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sean P. O'Neill  
Lisa D. O'Neill  
    Debtors

Case No. 22-17423-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. O'Neill, Lisa D. O'Neill, 343 Lighthouse Drive, Manahawkin, NJ 08050-2324 |
| cr | + | Lakehurst Naval Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519708786 | | Lakehurst Naval FCU, 60 Lansdowne Road, Lakehurst, NJ 08733 |
| 519757974 | + | Lakehurst Naval Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519708790 | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2022 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2022 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519729597 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 20:49:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519714497 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2022 20:49:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519708778 | ^ | MEBN | Dec 28 2022 20:44:07 | AmeriHome Mortgage*, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519708779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2022 20:56:20 | Best Buy/CBNA*, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 519766787 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 28 2022 20:49:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519757572 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2022 20:56:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519708780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2022 20:56:04 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 519708781 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2022 20:56:10 | Care Credit/Synchrony*, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 519708782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2022 20:49:00 | Children's Place*, Comenity Bankruptcy Dept, P.O. Box 183043, Columbus, OH 43218-3043 |
| 519708783 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 20:49:00 | Discover*, P.O. Box 30943, Salt Lake City, UT 84130 |
| 519713861 | | Email/Text: mrdiscen@discover.com | Dec 28 2022 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519708784 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 28 2022 20:49:00 | | GM Financial*, P.O. Box 183834, Arlington, TX 76096-3834 |
| 519708785 | | Email/PDF: gecsedi@recoverycorp.com Dec 28 2022 20:56:04 | | Home Depot*, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519773715 | | Email/Text: JCAP_BNC_Notices@jcap.com Dec 28 2022 20:50:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519748969 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 28 2022 20:56:13 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519708787 | + | Email/Text: electronicbkydocs@nelnet.net Dec 28 2022 20:50:00 | | Nelnet*, PO Box 82561, Lincoln, NE 68501-2561 |
| 519775794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2022 20:56:19 | | Portfolio Recovery Associates, LLC, C/O Best Buy, POB 41067, Norfolk VA 23541 |
| 519779576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2022 20:56:13 | | Portfolio Recovery Associates, LLC, c/o Citibank, N.A., POB 41067, Norfolk VA 23541 |
| 519768578 | | Email/Text: bnc-quantum@quantum3group.com Dec 28 2022 20:50:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519710110 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2022 20:56:10 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519737539 | + | Email/Text: bncmail@w-legal.com Dec 28 2022 20:50:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519708788 | + | Email/Text: bncmail@w-legal.com Dec 28 2022 20:49:00 | | Target*, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 519717921 | + | Email/Text: electronicbkydocs@nelnet.net Dec 28 2022 20:50:00 | | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 519740233 | ^ | MEBN Dec 28 2022 20:45:38 | | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519708789 | + | Email/Text: LCI@upstart.com Dec 28 2022 20:49:00 | | Upstart*, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519757027 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 28 2022 20:56:04 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519708777 | + | Email/PDF: gecsedi@recoverycorp.com Dec 28 2022 20:56:04 | | amazon.com*, Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
519758912        *                    Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Dec 28, 2022 Form ID: plncf13 Total Noticed: 34

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Lakehurst Naval Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Steven J. Abelson | on behalf of Debtor Sean P. O'Neill sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Lisa D. O'Neill sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6