| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 22-17423 / CMG

Sean P. O'Neill  
Lisa D. O'Neill

Petition Filed Date: 09/20/2022  
341 Hearing Date: 10/20/2022  
Confirmation Date: 12/21/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/11/2022 | $250.00 | | 12/05/2022 | $250.00 | | 01/09/2023 | $250.00 | 5084 |
| 02/01/2023 | $250.00 | | 02/28/2023 | $250.00 | | | | |

**Total Receipts for the Period: $1,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sean P. O'Neill | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,180.00 | $928.00 | $2,252.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $10,001.87 | $0.00 | $10,001.87 |
| 2 | DISCOVER BANK | Unsecured Creditors | $10,006.23 | $0.00 | $10,006.23 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2018 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $25,488.31 | $0.00 | $25,488.31 |
| 5 | TD BANK USA NA | Unsecured Creditors | $580.02 | $0.00 | $580.02 |
| 6 | TD BANK USA NA | Unsecured Creditors | $3,040.75 | $0.00 | $3,040.75 |
| 7 | UPSTART NETWORK | Unsecured Creditors | $3,320.01 | $0.00 | $3,320.01 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,010.13 | $0.00 | $2,010.13 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,985.50 | $0.00 | $5,985.50 |
| 10 | Wells Fargo Bank, NA | Unsecured Creditors | $7,914.25 | $0.00 | $7,914.25 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,152.50 | $0.00 | $1,152.50 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,269.71 | $0.00 | $4,269.71 |
| 13 | LAKEHURST NAVAL FEDERAL CU | Unsecured Creditors | $7,286.33 | $0.00 | $7,286.33 |
| 14 | Wells Fargo Bank, NA | Unsecured Creditors | $10,059.95 | $0.00 | $10,059.95 |
| 15 | AMERIHOME MORTGAGE COMPANY, LLC.<br>»» P/343 LIGHTHOUSE DR/1ST MTG | Mortgage Arrears | $179.95 | $0.00 | $179.95 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MY PLACE REWARDS | Unsecured Creditors | $642.69 | $0.00 | $642.69 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» CARECREDIT | Unsecured Creditors | $1,058.92 | $0.00 | $1,058.92 |

**Chapter 13 Case No. 22-17423 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $3,463.41 | $0.00 | $3,463.41 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $1,471.16 | $0.00 | $1,471.16 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $5,792.05 | $0.00 | $5,792.05 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,250.00 | Plan Balance: | $58,750.00 ** |
| Paid to Claims: | $928.00 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $90.00 | Arrearages: | $250.00 |
| Funds on Hand: | $232.00 | Total Plan Base: | $60,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.