| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-17423 / CMG**

Sean P. O'Neill
Lisa D. O'Neill

Petition Filed Date: 09/20/2022
341 Hearing Date: 10/20/2022
Confirmation Date: 12/21/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2023 | $250.00 | 5084 | 02/01/2023 | $250.00 | | 02/28/2023 | $250.00 | |
| 03/28/2023 | $250.00 | | 05/02/2023 | $750.00 | | 06/02/2023 | $750.00 | |
| 07/03/2023 | $750.00 | | 08/01/2023 | $750.00 | | 09/01/2023 | $750.00 | |
| 10/03/2023 | $750.00 | | 10/30/2023 | $750.00 | | 12/01/2023 | $750.00 | |
| 01/03/2024 | $750.00 | | | | | | | |

**Total Receipts for the Period:  $7,750.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sean P. O'Neill | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,180.00 | $3,180.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $10,001.87 | $345.36 | $9,656.51 |
| 2 | DISCOVER BANK | Unsecured Creditors | $10,006.23 | $345.51 | $9,660.72 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2018 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $25,488.31 | $880.09 | $24,608.22 |
| 5 | TD BANK USA NA | Unsecured Creditors | $580.02 | $16.18 | $563.84 |
| 6 | TD BANK USA NA | Unsecured Creditors | $3,040.75 | $105.00 | $2,935.75 |
| 7 | UPSTART NETWORK | Unsecured Creditors | $3,320.01 | $114.64 | $3,205.37 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,010.13 | $69.41 | $1,940.72 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,985.50 | $206.68 | $5,778.82 |
| 10 | Wells Fargo Bank, NA | Unsecured Creditors | $7,914.25 | $273.28 | $7,640.97 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,152.50 | $32.14 | $1,120.36 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,269.71 | $147.43 | $4,122.28 |
| 13 | LAKEHURST NAVAL FEDERAL CU | Unsecured Creditors | $7,286.33 | $251.59 | $7,034.74 |
| 14 | Wells Fargo Bank, NA | Unsecured Creditors | $10,059.95 | $347.36 | $9,712.59 |
| 15 | M&T Bank<br>»» P/343 LIGHTHOUSE DR/1ST MTG | Mortgage Arrears | $179.95 | $179.95 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MY PLACE REWARDS | Unsecured Creditors | $642.69 | $17.93 | $624.76 |

**Chapter 13 Case No. 22-17423 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  CARECREDIT | Unsecured Creditors | $1,058.92 | $36.56 | $1,022.36 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $3,463.41 | $119.59 | $3,343.82 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $1,471.16 | $41.03 | $1,430.13 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $5,792.05 | $200.00 | $5,592.05 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,250.00 | Plan Balance: | $51,750.00  ** |
| Paid to Claims: | $6,909.73 | Current Monthly Payment: | $750.00 |
| Paid to Trustee: | $627.00 | Arrearages: | $750.00 |
| Funds on Hand: | $713.27 | Total Plan Base: | $60,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.