UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ABELSON & TRUESDALE
By: Steven J. Abelson, Esq. (ID # SA7987)
80 West Main St.
Freehold, NJ 07728
(732) 462-4773
Attorney for Debtor

In Re:

SEAN P. O'NEILL
LISA D. O'NEILL
Debtor

Case No.: 22-17423

Chapter: 13

Adv. No.:

Hearing Date:

Judge: CMG

## CERTIFICATION OF SERVICE

1. I, __Susan Sobel__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Steven J. Abelson, Esq.__, who represents __Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __9/19/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan - After Confirmation

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/19/2024

/s/ Susan Sobel
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank<br>Discover Products inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| AmeriCredit Financial Services, Inc. dba GM Finance<br>PO Box 183853<br>Arlington, TX 76096 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Department of Education<br>c/o Nelnet<br>121 S 13th Street<br>Lincoln, NE 68508 |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| TD Bank USA, N.A.<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA 98121 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Upstart Network, Inc<br>PO Box 1931<br>Burlingame, CA 94011 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One N.A.<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lakehurst Naval Federal Credit Union<br>c/o McKenna DuPont Stone & Washburne<br>229 Broad Street<br>Red Bank, NJ 07701 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>PO Box 619063<br>Dallas, TX 75261 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group LLC<br>Agent for Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>c/o Best Buy<br>PO Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>c/o The Home Depot<br>PO Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16