Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.:  22−17423−CMG  
Chapter:  13  
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean P. O'Neill  
343 Lighthouse Drive  
Manahawkin, NJ 08050

Lisa D. O'Neill  
343 Lighthouse Drive  
Manahawkin, NJ 08050

Social Security No.:  
xxx−xx−1424

xxx−xx−4602

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 28, 2022.

On September 18, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           November 6, 2024  
Time:            10:00 AM  
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 19, 2024  
JAN: wdr

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17423-CMG |
| Sean P. O'Neill | Chapter 13 |
| Lisa D. O'Neill | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 19, 2024 | Form ID: 185 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. O'Neill, Lisa D. O'Neill, 343 Lighthouse Drive, Manahawkin, NJ 08050-2324 |
| cr | + | Lakehurst Naval Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519757974 | + | Lakehurst Naval Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519708790 | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2024 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2024 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519729597 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 19 2024 21:27:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519714497 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 19 2024 21:27:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519708778 | ^ | MEBN | Sep 19 2024 21:13:21 | AmeriHome Mortgage*, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519708779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2024 21:36:17 | Best Buy/CBNA*, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 519766787 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 19 2024 21:26:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519757572 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 19 2024 21:35:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519708780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2024 21:33:47 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 519708781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2024 21:22:47 | Care Credit/Synchrony*, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 519708782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 21:27:00 | Children's Place*, Comenity Bankruptcy Dept, P.O. Box 183043, Columbus, OH 43218-3043 |
| 519708783 | | Email/Text: mrdiscen@discover.com | Sep 19 2024 21:25:00 | Discover*, P.O. Box 30943, Salt Lake City, UT 84130 |
| 519713861 | | Email/Text: mrdiscen@discover.com | Sep 19 2024 21:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519708784 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 19 2024 21:27:00 | GM Financial*, P.O. Box 183834, Arlington, TX 76096-3834 |
| 519708785 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2024 21:50:57 | Home Depot*, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519773715 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 21:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519748969 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 21:23:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519708786 | + | Email/Text: lnfcumgr1@verizon.net | Sep 19 2024 21:27:00 | Lakehurst Naval FCU, 60 Lansdowne Road, Lakehurst, NJ 08733-5021 |
| 520021989 | + | Email/Text: camanagement@mtb.com | Sep 19 2024 21:27:00 | M&T BANK, PO BOX 619063, Dallas, TX 75261-9063 |
| 520021990 | + | Email/Text: camanagement@mtb.com | Sep 19 2024 21:27:00 | M&T BANK, PO BOX 619063, Dallas, TX 75261, M&T BANK, PO BOX 619063, Dallas, TX 75261-9063 |
| 519708787 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2024 21:27:00 | Nelnet*, PO Box 82561, Lincoln, NE 68501-2561 |
| 519775794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2024 21:51:54 | Portfolio Recovery Associates, LLC, C/O Best Buy, POB 41067, Norfolk VA 23541 |
| 519779576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2024 21:35:25 | Portfolio Recovery Associates, LLC, c/o Citibank, N.A., POB 41067, Norfolk VA 23541 |
| 519878138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2024 21:36:19 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519768578 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2024 21:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519710110 | ^ | MEBN | Sep 19 2024 21:14:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519737539 | + | Email/Text: bncmail@w-legal.com | Sep 19 2024 21:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519708788 | + | Email/Text: bncmail@w-legal.com | Sep 19 2024 21:27:00 | Target*, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 519717921 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2024 21:27:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 519740233 | ^ | MEBN | Sep 19 2024 21:14:32 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519708789 | + | Email/Text: LCI@upstart.com | Sep 19 2024 21:26:00 | Upstart*, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519757027 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 19 2024 21:35:47 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519708777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2024 21:33:32 | amazon.com*, Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519758912 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 185 | Total Noticed: 37 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Lakehurst Naval Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Steven J. Abelson | on behalf of Debtor Sean P. O'Neill sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Lisa D. O'Neill sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7