Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17423−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean P. O'Neill | Lisa D. O'Neill |
| 343 Lighthouse Drive | 343 Lighthouse Drive |
| Manahawkin, NJ 08050 | Manahawkin, NJ 08050 |

Social Security No.:
 xxx−xx−1424                              xxx−xx−4602

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 20, 2024.

Dated: December 20, 2024
JAN: rms

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Sean P. O'Neill  
Lisa D. O'Neill  
    Debtors

Case No. 22-17423-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 20, 2024      Form ID: plncf13      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. O'Neill, Lisa D. O'Neill, 343 Lighthouse Drive, Manahawkin, NJ 08050-2324 |
| cr | + | Lakehurst Naval Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519757974 | + | Lakehurst Naval Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519708790 | + | Valley National Bank, 1445 Valley Road, Wayne, NJ 07470-8438 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 20 2024 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 20 2024 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519729597 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 20 2024 20:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519714497 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 20 2024 20:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519708778 | ^ | MEBN | Dec 20 2024 20:37:12 | AmeriHome Mortgage*, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519708779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 20 2024 21:08:38 | Best Buy/CBNA*, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 519766787 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 20 2024 20:44:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519757572 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 20:47:28 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519708780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 20:58:21 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 519708781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:47:08 | Care Credit/Synchrony*, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 519708782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 20 2024 20:44:00 | Children's Place*, Comenity Bankruptcy Dept, P.O. Box 183043, Columbus, OH 43218-3043 |
| 519708783 | | Email/Text: mrdiscen@discover.com | Dec 20 2024 20:43:00 | Discover*, P.O. Box 30943, Salt Lake City, UT 84130 |
| 519713861 | | Email/Text: mrdiscen@discover.com | Dec 20 2024 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519708784 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

Case 22-17423-CMG   Doc 37   Filed 12/22/24   Entered 12/23/24 00:16:56   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 20, 2024 | Form ID: plncf13 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2024 20:44:00 | GM Financial*, P.O. Box 183834, Arlington, TX 76096-3834 |
| 519708785 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:47:21 | Home Depot*, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519773715 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2024 20:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519748969 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 20:47:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519708786 | + | Email/Text: lnfcumgr1@verizon.net | Dec 20 2024 20:45:00 | Lakehurst Naval FCU, 60 Lansdowne Road, Lakehurst, NJ 08733-5021 |
| 520021989 | + | Email/Text: camanagement@mtb.com | Dec 20 2024 20:44:00 | M&T BANK, PO BOX 619063, Dallas, TX 75261-9063 |
| 520021990 | + | Email/Text: camanagement@mtb.com | Dec 20 2024 20:44:00 | M&T BANK, PO BOX 619063, Dallas, TX 75261, M&T BANK, PO BOX 619063, Dallas, TX 75261-9063 |
| 519708787 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 20:45:00 | Nelnet*, PO Box 82561, Lincoln, NE 68501-2561 |
| 519775794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 20:46:54 | Portfolio Recovery Associates, LLC, C/O Best Buy, POB 41067, Norfolk VA 23541 |
| 519779576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 20:58:07 | Portfolio Recovery Associates, LLC, c/o Citibank, N.A., POB 41067, Norfolk VA 23541 |
| 519878138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 20:47:11 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519768578 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 20:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519710110 | ^ | MEBN | Dec 20 2024 20:38:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519737539 | + | Email/Text: bncmail@w-legal.com | Dec 20 2024 20:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519708788 | + | Email/Text: bncmail@w-legal.com | Dec 20 2024 20:44:00 | Target*, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 519717921 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 20 2024 20:45:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 519740233 | ^ | MEBN | Dec 20 2024 20:37:50 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519708789 | + | Email/Text: LCI@upstart.com | Dec 20 2024 20:44:00 | Upstart*, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519757027 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2024 20:47:24 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519708777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 20:47:00 | amazon.com*, Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519758912 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Lakehurst Naval Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |
| Steven J. Abelson | on behalf of Debtor Sean P. O'Neill sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Lisa D. O'Neill sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7