| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 22-17423 / CMG

Sean P. O'Neill  
Lisa D. O'Neill

Petition Filed Date: 09/20/2022  
341 Hearing Date: 10/20/2022  
Confirmation Date: 12/21/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2024 | $750.00 | | 01/30/2024 | $750.00 | | 03/01/2024 | $750.00 | |
| 04/01/2024 | $750.00 | | 04/30/2024 | $750.00 | | 06/03/2024 | $750.00 | |
| 07/01/2024 | $750.00 | | 07/30/2024 | $750.00 | | 08/30/2024 | $750.00 | |
| 09/30/2024 | $250.00 | | 10/30/2024 | $250.00 | | 12/03/2024 | $250.00 | |
| 12/31/2024 | $250.00 | | | | | | | |

**Total Receipts for the Period: $7,750.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Sean P. O'Neill | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Steven J. Abelson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,180.00 | $3,180.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $10,001.87 | $1,004.92 | $8,996.95 |
| 2 | DISCOVER BANK | Unsecured Creditors | $10,006.23 | $1,005.36 | $9,000.87 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2018 CHEVROLET EQUINOX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors<br>No Disbursements: Paid in Full | $2,502.13 | $2,502.13 | $0.00 |
| 5 | TD BANK USA NA | Unsecured Creditors | $580.02 | $47.63 | $532.39 |
| 6 | TD BANK USA NA | Unsecured Creditors | $3,040.75 | $291.78 | $2,748.97 |
| 7 | UPSTART NETWORK | Unsecured Creditors | $3,320.01 | $333.59 | $2,986.42 |
| 8 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,010.13 | $192.89 | $1,817.24 |
| 9 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,985.50 | $601.41 | $5,384.09 |
| 10 | Wells Fargo Bank, NA | Unsecured Creditors | $7,914.25 | $795.17 | $7,119.08 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,152.50 | $110.59 | $1,041.91 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,269.71 | $429.01 | $3,840.70 |
| 13 | LAKEHURST NAVAL FEDERAL CU | Unsecured Creditors | $7,286.33 | $732.09 | $6,554.24 |
| 14 | Wells Fargo Bank, NA | Unsecured Creditors | $10,059.95 | $1,010.76 | $9,049.19 |
| 15 | M&T Bank<br>»» P/343 LIGHTHOUSE DR/1ST MTG | Mortgage Arrears | $179.95 | $179.95 | $0.00 |

**Chapter 13 Case No. 22-17423 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MY PLACE REWARDS | Unsecured Creditors | $642.69 | $52.78 | $589.91 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  CARECREDIT | Unsecured Creditors | $1,058.92 | $104.05 | $954.87 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $3,463.41 | $348.00 | $3,115.41 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $1,471.16 | $141.18 | $1,329.98 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $5,792.05 | $581.97 | $5,210.08 |
| 0 | Steven J. Abelson, Esq.<br>»» ORDER 1/13/25 | Attorney Fees | $300.00 | $0.00 | $300.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,250.00 | Plan Balance: | $8,000.00  ** |
| Paid to Claims: | $13,645.26 | Current Monthly Payment: | $250.00 |
| Paid to Trustee: | $1,029.00 | Arrearages: | $0.00 |
| Funds on Hand: | $575.74 | Total Plan Base: | $23,250.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.