Certificate Number: 05781-NJ-DE-039293827

Bankruptcy Case Number: 22-17423



05781-NJ-DE-039293827

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2025, at 9:27 o'clock PM PST, Sean O'Neill completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 30, 2025

By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President