**ABELSON LAW OFFICES**
By:  STEVEN J. ABELSON, ESQ.
ID (SA) 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |
|---|---|
| In re: | : |
| SEAN & LISA O'NEILL | :          Case No. 22-17423 (CMG) |
|  | :                Chapter   13 |
|  | : |
| Debtor | : |
|  | : |
|  | :          Hearing: 2/18/26 @ 10:00a.m. |
|  | : |
|  | :  **CERTIFICATION OF DEBTOR  IN** |
|  | :          **RESPONSE TO OBJECTIONS** |

_____

Sean & Lisa O'Neill hereby certify as follows:

1) We are the Debtors  in the above captioned matter.

2) This certification is made in response to the Trustee's concern about the continuing overtime shown in my (Sean's) paystubs and the apparent additional disposable income in spite of our amended schedules filed last fall.

3)  We ask the Court to recall that our plan had been reduced at the end of 2024 due to a significant reduction of income caused by being out of work (Lisa) and serious health issues. Those payments were made and the plan per the last confirmation order has now been satisfied. This is why the plan shows "closing audit in progress".

4)   However, I (Sean) went back to work last year and we immediately contacted counsel and modified the plan to resume our earlier payments per the initial confirmed plan. This is the plan that is presently pending.

5)   We modified the budget in October and advised the Trustee that we were notified that the staffing shortages that resulted in my significant overtime since returning would dissipate after the beginning of 2026.  As a result of the holidays and some unexpected staff shortages in early Jan, the paystubs thus far do not reflect the anticipated reduction.   I will be getting another on 2/23/26 and will provide that to the trustee which should show the reduction I spoke of.

6)   We would also note that the anticipated reduction of Lisa's pay for the mandatory insurance contribution has materialized and is show on her paystub as per pay period deduction of $ 389.87 called "NJ Direct."  We will supply another 2026 paystub at the end of this week upon receipt.

7) While the pay over the last several periods was higher than the anticipated budget, this definitely will not continue long term and we do not believe it would be appropriate to determine our plan obligations on such an aberration of pay.


We hereby certify that the foregoing statements are true. If any of the foregoing statements are willfully false, I realize that I am subject to punishment.

/s/ Sean O'Neill
Sean O'Neill

/s/ Lisa O'Neill
Lisa O'Neill

Dated: February 7, 2026

Dated: November 10, 2025