Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  22−17423−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Sean P. O'Neill                               Lisa D. O'Neill
343 Lighthouse Drive                   343 Lighthouse Drive
Manahawkin, NJ 08050               Manahawkin, NJ 08050

Social Security No.:
  xxx−xx−1424                            xxx−xx−4602

Employer's Tax I.D. No.:

_____

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**


    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 23, 2026.




Dated: February 23, 2026
JAN: rms


                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17423-CMG |
| Sean P. O'Neill | Chapter 13 |
| Lisa D. O'Neill | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 23, 2026 | Form ID: plncf13 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean P. O'Neill, Lisa D. O'Neill, 343 Lighthouse Drive, Manahawkin, NJ 08050-2324 |
| cr | + | Lakehurst Naval Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 519708785 | | Home Depot, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519757974 | + | Lakehurst Naval Federal Credit Union, c/o McKenna DuPont Stone & Washburne, 229 Broad Street, Red Bank, NJ 07701-2009 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 23 2026 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 23 2026 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519729597 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 23 2026 20:56:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519714497 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 23 2026 20:56:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519708778 | ^ | MEBN | Feb 23 2026 20:53:56 | AmeriHome Mortgage*, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 519708779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 23 2026 21:16:16 | Best Buy/CBNA*, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 519766787 | | Email/Text: BKelectronicnotices@cenlar.com | Feb 23 2026 20:56:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519757572 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2026 21:05:56 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519708780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2026 21:05:34 | Capital One*, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 519708781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2026 21:05:31 | Care Credit/Synchrony*, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 519708782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 23 2026 20:56:00 | Children's Place*, Comenity Bankruptcy Dept, P.O. Box 183043, Columbus, OH 43218-3043 |
| 519708783 | | Email/Text: mrdiscen@discover.com | Feb 23 2026 20:55:00 | Discover*, P.O. Box 30943, Salt Lake City, UT 84130 |
| 519713861 | | Email/Text: mrdiscen@discover.com | Feb 23 2026 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519708784 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

District/off: 0312-3                          User: admin                              Page 2 of 3
Date Rcvd: Feb 23, 2026                       Form ID: plncf13                          Total Noticed: 37

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 23 2026 20:56:00 | GM Financial*, P.O. Box 183834, Arlington, TX 76096-3834 |
| 519708785 | | Email/Text: bankruptcynotices@homedepot.com | Feb 23 2026 20:56:00 | Home Depot*, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 519773715 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 23 2026 20:56:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519748969 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2026 21:05:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519708786 | + | Email/Text: lnfcumgr1@verizon.net | Feb 23 2026 20:56:00 | Lakehurst Naval FCU, 60 Lansdowne Road, Lakehurst, NJ 08733-5021 |
| 520021989 | + | Email/Text: camanagement@mtb.com | Feb 23 2026 20:56:00 | M&T BANK, PO BOX 619063, Dallas, TX 75261-9063 |
| 520021990 | + | Email/Text: camanagement@mtb.com | Feb 23 2026 20:56:00 | M&T BANK, PO BOX 619063, Dallas, TX 75261, M&T BANK, PO BOX 619063, Dallas, TX 75261-9063 |
| 519708787 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 23 2026 20:56:00 | Nelnet*, PO Box 82561, Lincoln, NE 68501-2561 |
| 519775794 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2026 21:05:05 | Portfolio Recovery Associates, LLC, C/O Best Buy, POB 41067, Norfolk VA 23541 |
| 519779576 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2026 21:05:06 | Portfolio Recovery Associates, LLC, c/o Citibank, N.A., POB 41067, Norfolk VA 23541 |
| 519878138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2026 21:05:33 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519768578 | | Email/Text: bnc-quantum@quantum3group.com | Feb 23 2026 20:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519710110 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 23 2026 21:05:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519737539 | + | Email/Text: bncmail@w-legal.com | Feb 23 2026 20:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519708788 | + | Email/Text: bncmail@w-legal.com | Feb 23 2026 20:56:00 | Target*, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 519717921 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 23 2026 20:56:00 | US Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 519740233 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 23 2026 20:56:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519708789 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 23 2026 20:56:00 | Upstart*, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 519708790 | + | Email/Text: bankruptcynotices@valley.com | Feb 23 2026 20:56:00 | Valley National Bank*, 1445 Valley Road, Wayne, NJ 07470-8438 |
| 519757027 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 23 2026 21:16:05 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519708777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 23 2026 21:05:11 | amazon.com*, Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519758912 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Feb 23, 2026 Form ID: plncf13 Total Noticed: 37

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Lakehurst Naval Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Steven J. Abelson | on behalf of Debtor Sean P. O'Neill sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| Steven J. Abelson | on behalf of Joint Debtor Lisa D. O'Neill sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7