**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

<u>**CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION COVER SHEET**</u>

Debtor: _____          Applicant: _____

Case No.: _____          Chapter:              13

Petition Date: _____

---

I certify that I am the attorney for the debtor(s) and submit this Application for Compensation and Reimbursement of Expenses ("Application") in accordance with D.N.J. LBR 2016-1 and 2016-5.

I further certify:

1. A pre-petition written retainer agreement ("Agreement") has been executed with the debtor(s) and this Application is consistent with that Agreement and D.N.J. LBR 2016;

2. I have complied with 11 U.S.C. §§ 527 and 528;

3. The fees sought in this Application:

    ☐      will not reduce the amount to be paid to general unsecured creditors under the plan;

    ☐      will reduce the amount to be paid to general unsecured creditors under the plan as follows: _____

    _____;

4. I have advised the debtor(s) that the fees sought in this Application:

    ☐      will not increase the amount and/or duration of plan payments;

    ☐      will increase the amount and/or duration of plan payments as follows:

    _____

    _____;

5. I have advised the debtor(s) that the fees sought in this Application:

    ☐      will be paid through the plan;    $ 350

    ☐      will be paid outside of the plan;  $ 200

6. I have served a copy of this Fee Application Cover Sheet and Application on the debtor(s).

I certify under penalty of perjury that the above is true.

Date: _____          _____
                                                        Signature

**NOTE:        DO NOT COMPLETE SECTIONS I-III BELOW IF THE AMOUNT OF THIS
        APPLICATION, INCLUSIVE OF EXPENSES, IS UNDER $1,000.**