UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON LAW OFFICES
By: Steven J. Abelson
(ID SA 7987)
80 West Main Street
PO Box 7005
Freehold, NJ 07728
(732) 462-4773
Attorney for Debtor

**Order Filed on July 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SEAN & LISA O'NEILL

Case No.: _____22-17423_____

Chapter: 13

Judge: _____CMG_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 28, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Abelson_____, the applicant, is allowed a fee of $ _____550.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____550.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.     $ 350

☒ outside the plan.     $ 200

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2